No. 98–1435. PEARSON ET AL. *v.* PLANNED PARENTHOOD MARGARET SANGER CLINIC (MANHATTAN) ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1437. NATIVE VILLAGE OF EYAK ET AL. *v.* DALEY, SECRETARY OF COMMERCE. C. A. 9th Cir. Certiorari denied.

No. 98–1449. SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA ET AL. *v.* REIN, EXECUTRIX OF THE ESTATE OF REIN, DECEASED, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1460. ARBITER SYSTEMS, INC. *v.* DANZIG, SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 98–1467. MALHEUR LUMBER CO. ET AL. *v.* BLUE MOUNTAINS BIODIVERSITY PROJECT ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1493. HERRING *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–1551. ABIOYE *v.* SUNDSTRAND CORP. C. A. 7th Cir. Certiorari denied.

No. 98–1581. JONES *v.* TRUMP ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1612. DIAMOND MULTIMEDIA SYSTEMS, INC., ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY (PASS ET AL., REAL PARTIES IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 98–1636. BLUE CROSS OF CALIFORNIA ET AL. *v.* CALIFORNIA SUPERIOR COURT, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1638. C. W. SMITH ET AL. *v.* GWINNETT COUNTY. Sup. Ct. Ga. Certiorari denied.